UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

MARTHA GLYN BOOKOUT, )
)
    Plaintiff, )
) Case No. 3:13-CV-463
v. )
) Collier/Guyton
COMMISSIONER OF SOCIAL SECURITY, )
)
    Defendant. )

### JUDGMENT ORDER

On August 4, 2014, United States Magistrate C. Clifford Shirley, Jr. filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 17). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS**:

(1) Plaintiff's motion for judgment on the pleadings be **GRANTED IN PART** and **DENIED IN PART** (Court File No. 11);

(2) The Commissioner's motion for summary judgment is **DENIED** (Court File No. 15);

(3) This case is **REMANDED** to the ALJ to:

    (1) State the weight assigned to the opinions of Drs. Summers and Fletcher;

    (2) Explain whether the Plaintiff requires a sit/stand option and the reason for such finding;

    (3) If a sit/stand requirement is found to be credible, acquire testimony from a vocational expert regarding the implications as to the occupational base;

(4) Obtain a consultative mental examination to assess the severity and extent, if any, of the Plaintiff's alleged mental impairment or limitation; and

(5) Explain whether the Plaintiff does or does not have a mental impairment or limitation and the reasons for such findings.

Because no further matters remain for adjudication, the Clerk of Court is directed to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

                                **/s/**
                                **CURTIS L. COLLIER**
                                **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
   CLERK OF COURT